IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BONNIE L. COOPER, ET AL. | * | |
| | * | |
| v. | * | Civil No. L-98-4220 |
| | * | |
| ALLIED SIGNAL TECHNICAL | * | |
| SERVICES CORPORATION | * | |

\*\*\*\*\*

ORDER

As stated in the accompanying memo to counsel, it is, this 23rd day of December 1999

ORDERED that the motion to sever and the motion to dismiss are administratively closed subject to being reopened upon motion of defendant.

_____
J. Frederick Motz
United States District Judge