UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

December 23, 1999

Memo to Counsel Re: Cooper and Goodwyn v. AlliedSignal Technical Services, Corp.
Civil No. L-98-4220

Blaustein v. AlliedSignal Technical Services, Corp.
Civil No. L-99-2835

Dear Counsel:

This will confirm the matters discussed during the conference call held on December 20, 1999.

1. I am entering an order administratively closing defendant's motion to sever and defendant's motion to dismiss or for summary judgment in the Cooper case. As stated later in this letter, defendant may file a one line motion renewing these two motions on January 28, 2000.

2. Mr. Pierson is filing a third case, Parraway v. AlliedSignal, on or about December 21, 1999. When filing the case, Mr. Pierson will also file a motion to consolidate it with the Cooper and Blaustein cases. Mr. Mazaroff has agreed to accept service in the Parraway case.

3. You will submit a status report to me on or before January 21, 2000 as to whether you believe that it is worthwhile to pursue settlement negotiations before incurring further litigation costs. You will advise me in that report that if you believe settlement discussions would be worthwhile, whether you desire that I appoint a magistrate judge to preside over them. If you advise me that early settlement discussions would be worthwhile, I will temporarily suspend the schedule for preliminary motions.

4. In the event that you advise me that early settlement negotiations do not appear worthwhile, the following schedule will govern.

| | |
|---|---|
| January 28, 2000 | Defendant to file a one line motion renewing the motion to sever and motion to dismiss and for summary judgment already filed in the Cooper case; deadline for defendant to file a response in the Parraway case and an opposition to plaintiffs' motion for consolidation of the three cases |

Page Two

| | |
|---|---|
| February 11, 2000 | Deadline for plaintiffs to file an opposition to the pending motions in the <u>Blaustein</u> case and any motions filed in the <u>Parraway</u> case and a reply in support of their motion to consolidate |
| February 25, 2000 | Defendant to file a reply to plaintiffs' oppositions |

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz<br>
United States District Judge

cc: Court File