IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BONNIE L. COOPER  
KATHI GOODWYN,  
      Plaintiffs,        *      Civil Action No. L-98-4220

v.

ALLIEDSIGNAL TECHNICAL  
SERVICES CORP.,

      Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S MOTION TO RENEW ITS MOTION TO DISMISS, MOTION TO SEVER, AND MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's Order of December 23, 1999, Defendant AlliedSignal Technical Services Corporation hereby files a one-line motion renewing its motion to sever, motion to dismiss and motion for summary judgment in this case.

Respectfully submitted,

_____  
Stanley Mazaroff  
Federal Bar No. 00507  
Scharon L. Ball  
Federal Bar No. 22393  
Venable, Baetjer and Howard, LLP  
1800 Mercantile Bank and Trust Bldg.  
Two Hopkins Plaza  
Baltimore, Maryland 21201-2978  
(410) 244-7400

Attorneys for Defendant  
AlliedSignal Technical Services Corp.

SO ORDERED, this ____ day of _____, 2000.

_____  
J. Frederick Motz  
U.S. District Court Judge

BA2\124806

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ⟶27 day of January, 2000, copies of the foregoing Defendant's Motion to Renew Its Motion to Dismiss, Motion to Sever, and Motion for Summary Judgment was mailed via first-class mail, postage prepaid, to:

> W. Michel Pierson, Esquire
> 217 E. Redwood Street
> Suite 2020
> Baltimore, Maryland  21202
>
> Dina R. Loewy, Esquire
> 900 Reisterstown Road
> Suite 200
> Baltimore, Maryland  21208
>
> Attorneys for Plaintiffs

_____
Stanley Mazaroff

BA2\124806