IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 11 P 3:54

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | |
|---|---|
| BONNIE COOPER and KATHI GOODWYN | : |
| v. | : CIVIL NO. L-98-4220 |
| ALLIEDSIGNAL TECHNICAL SERVICES CORPORATION | : |
| CATHERINE BLAUSTEIN, ELAINE FINK, and JO ANN NEWMAN | : |
| v. | : CIVIL NO. L-99-2835 |
| ALLIEDSIGNAL TECHNICAL SERVICES CORPORATION | : |
| JETA PARRAWAY and SHARON JOYNER | : |
| v. | : CIVIL NO. L-99-3806 |
| ALLIEDSIGNAL TECHNICAL SERVICES CORPORATION | : |

ORDER

On August 10, 2000, this Court held a telephone conference on the record. For the reasons stated at the conference, the Court hereby ORDERS that:

(i) Defendant's Motions to Dismiss in <u>Cooper</u> (docket no. 7), <u>Blaustein</u> (docket no. 4), and <u>Parraway</u> (docket no. 8) are DENIED WITHOUT PREJUDICE;

(ii) Defendant's Motions to Sever in <u>Cooper</u> (docket no. 6), <u>Blaustein</u> (docket no. 5), and <u>Parraway</u> (docket no. 7) are DENIED WITHOUT PREJUDICE;

(iii) Plaintiffs' Motion to Consolidate is DENIED WITHOUT PREJUDICE;

(iv) before October 15, 2000, the Defendant shall take the depositions of the seven plaintiffs to determine the specifics of their claims, and the nature of their positions while employed by the Defendant. Each deposition shall be limited to six hours in length;

(v) before October 15, 2000, the Plaintiffs may take up to four depositions. When the Plaintiffs determine which individuals they intend to depose they shall inform the Court;

(vi) the Defendant shall produce the personnel files of the Plaintiffs;

(vii) if any plaintiff has documents that support her claim, she shall produce these documents;

(viii) on October 23, 2000, the Defendant shall submit a letter to the Court describing:

    (a) plaintiff by plaintiff, what the Defendant learned from their depositions and why any claims should be dismissed, referring to a maximum of four cases;

    (b) whether the Defendant wishes to renew any of its motions; and

    (c) what information the Defendant needs to discover;

(ix) on October 23, 2000, the Plaintiffs shall submit a letter to the Court describing:

      (a)  what information the Plaintiffs have discovered and what discovery remains, and

      (b)  four cases upon which the Plaintiffs rely for their arguments that their claims should not be dismissed; and

(x)  on October 27, 2000 at 10:00 a.m., the Court shall conduct an in-court hearing to discuss discovery and any outstanding motions.

IT IS SO ORDERED this 11 day of August, 2000.

                                             Benson Everett Legg
                                             United States District Judge