UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP -8 A 11: 36

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

September 8, 2000

MEMORANDUM TO COUNSEL RE:   Cooper, et al. v. Allied Signal, etc.
Civil #L-98-4220

Blaustein, et al. v. Allied Signal, etc.
Civil #L-99-2835

Parraway, et al. v. Allied Signal, etc.
Civil #L-99-3806

Dear Counsel:

I have reviewed Mr. Pierson's letter of September 7, 2000. Until the cases have been formally consolidated, a plaintiff does not have the right to attend the deposition of another plaintiff.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File