VE..E, BAETJER AND HOWARD, LLP
*Including professional corporations*

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978
(410) 244-7400, Fax (410) 244-7742
www.venable.com



**VENABLE**
ATTORNEYS AT LAW

October 16, 2000

OFFICES IN
FILED
U.S. DIS MARYLANDOURT
DISTRICT WASHINGTON, D.CND
VIRGINIA

2000 OCT 18  A 11: 49

Stanley Mazaroff P.C.
(410) 244-7650
smazaroff@venable.com

AT BALTIMORE

BY_____DEPUTY

**_BY HAND_**

The Honorable Benson E. Legg
United States District Judge
U.S. Court House
101 W. Lombard Street
3rd Floor, Room 340
Baltimore, MD 21201

> Re:    Cooper, et al. v. Allied Signal Technical Services
>          Corp., Civil No. L98-4220
>          Blaustein, et al. v. Allied Signal Technical Services
>          Corp., Civil No. L99-2835
>          Parraway, et al. v. Allied Signal Technical Services
>          Corp. Civil No. L99-3806

Dear Judge Legg:

The parties jointly request an extension of time to explore settlement in these cases. Under the Court's Order of August 11, 2000, the parties' submissions to the Court are due on October 23, and a hearing is scheduled for October 27. The parties request that the time for making their submissions be extended from October 27, 2000 to November 17, 2000 and that a hearing on this matter be scheduled sometime thereafter. The parties further propose to inform the Court on November 10, 2000 about the progress and status of the settlement discussions.

We thank you for your consideration of this request for extension.

*Approved: Benson Legg*
*LAOS*
*10/17/00*

Sincerely,

Stanley Mazaroff

SM:dg
cc:    W. Michel Pierson, Esq.
BA2\138726ss4