**PIERSON & PIERSON**
ATTORNEYS AT LAW
SUITE 2020, REDWOOD TOWER
217 EAST REDWOOD STREET
BALTIMORE, MARYLAND 21202

(410) 727-7733
TELECOPIER (410) 625-0253

W. MICHEL PIERSON
ROBERT L. PIERSON

LEON H.A. PIERSON (1901-1981)
EDWARD PIERSON (1906-1990)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 NOV -7 A 11: 51

_____ DEPUTY

November 2, 2000

BY HAND

Hon. Benson E. Legg
United States District Judge
U.S. Court House
101 W. Lombard Street
3rd Floor, Room 340
Baltimore, Maryland 21201

Re: Cooper, et al. v. Allied Signal Technical Services
    Corp., Civil No. L98-4220
    Blaustein, et al. v. Allied Signal Technical Services
    Corp., Civil No. L99-2835
    Parraway, et al. v. Allied Signal Technical Services
    Corp. Civil No. L99-3806

Dear Judge Legg:

On October 18, 2000, the court extended the parties' deadline to file the submissions required by the court's order of August 11, 2000, in order to permit the parties to explore settlement. We believe that our discussions have been productive. However, it appears that additional time is necessary to complete those discussions. Accordingly, we request an extension of two weeks, i.e., until December 1, 2000, to make our submissions. The parties would submit a status report to the court on November 24, 2000.

We appreciate the court's consideration of this request.

Very truly yours,

W. Michel Pierson

WMP:mlr

cc: Stanley Mazaroff, Esquire
    Dina R. Loewy, Esquire

APPROVED THIS 6TH DAY OF November, 2000

BENSON EVERETT LEGG, U.S.D.J.