**PIERSON & PIERSON**
ATTORNEYS AT LAW
SUITE 2020, REDWOOD TOWER
217 EAST REDWOOD STREET
BALTIMORE, MARYLAND 21202

(410) 727-7733
TELECOPIER (410) 625-0253

W. MICHEL PIERSON
ROBERT L. PIERSON

LEON H.A. PIERSON (1901-1981)
EDWARD PIERSON (1906-1990)

November 24, 2000

Hon. Benson E. Legg
United States District Judge
U.S. Court House
101 W. Lombard Street
3rd Floor, Room 340
Baltimore, Maryland 21201

    Re: Cooper, et al. v. Allied Signal Technical Services
        Corp., Civil No. L98-4220
        Blaustein, et al. v. Allied Signal Technical Services
        Corp., Civil No. L99-2835
        Parraway, et al. v. Allied Signal Technical Services
        Corp. Civil No. L99-3806

Dear Judge Legg:

    I am reporting to the court concerning the status of the parties' settlement discussions. We believe that these discussions have been fruitful and that an additional period of two weeks may enable us to complete them. Therefore, we respectfully request an extension of the deadline for the parties' submissions from the current date of December 1, 2000 to December 15, 2000.

    We appreciate the court's consideration of this request.

                Very truly yours,

                W. Michel Pierson

WMP:mlr

cc: Stanley Mazaroff, Esquire
    Dina R. Loewy, Esquire

APPROVED THIS 28TH DAY OF November 2000

BENSON EVERETT LEGG, U.S.D.J.